TRULINCS 78396053 - YANNAI, JOSEPH - Unit: BRO-K-C

**MEMO ENDORSED**

FROM: 78396053
TO:
SUBJECT: Judge Castel - 1
DATE: 03/04/2012 07:04:08 PM

Joseph Yannai
#78396-053
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232



Hon. US District Judge P. Kevin Castel
US Courthouse
500 Pearl Street
New York, NY 10007-1312

March, 4, 2012

RE: Lunkes, et al v. Yannai, et al, 12-Civ-630 (PKC)

Dear Judge Castel:

I am a pro se defendant in the abovementioned case. I am now incarcerated at MDC Brooklyn and the facilities available here for inmates do not allow me to use electronic case filing. Also I will not be able to have access to the Case Management Plan as inmates here are not allowed access to the internet (but a restricted version for e-mails), therefore I will not be able to access the website mentioned in the Initial Pretrial Conference ordered by you.

In order for me to submit a joint letter with the other party, Your Honor will have to order them to either visit me in jail or send me a draft of a proposed letter by them. They are aware of the fact that I am incarcerated at MDC Brooklyn.

Also I would like to appeal to Your Honor to order the Bureau of Prisons to bring me to your court for the initial conference on March 19, 2012. I would like to be present at each and every court conference and session in my case.

Sincerely,

Joseph Yannai

Handwritten endorsement: Conference date of March 19 is vacated. Case will be referred to Magistrate Judge Francis for pretrial supervision. SO ORDERED. 3-7-12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-12