**GIBSON DUNN**

MEMO ENDORSED

~~COURTESY COPY~~

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: +1 212.351.3827
Fax: +1 212.351.5254
MKarlan@gibsondunn.com

Client: 50668-00001

September 25, 2013

SEP 26 2013

VIA FACSIMILE

Honorable P. Kevin Castel
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

9/26/13

VIA ECF

Honorable James C. Francis
United States Magistrate Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Lunkes v. Yannai*, No. 12 Civ. 630

Dear Judge Castel and Judge Francis:

We represent Plaintiffs Gisele Lunkes, Berandett Herczeg, and Isabelle A. Krintz in this action. We write to inform Your Honors that on Monday United States District Judge Edward Korman denied Defendant Joseph Yannai's motion for a new trial and sentenced him to eleven years in prison. *United States v. Yannai*, No. 10-CR-59 (E.D.N.Y. Sept. 23, 2013). Accordingly, we respectfully request that the stay of all proceedings (Docket no. 24) be lifted in this case.

Respectfully,

*Mitchell A. Karlan/CW*

Mitchell A. Karlan

cc: Joseph Yannai
    Francis J. O'Reilly

9/26/13
The stay is lifted. Counsel shall be contacted with respect to scheduling an initial pretrial conference.
SO ORDERED.
*James C. Francis IV*
USMJ

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.