...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GISELE LUNKES, BERNADETT
HERCZEG, and ISABELLE A. KRINTZ,

            Plaintiffs,

    v.

JOSEPH YANNAI and ELENA FUSILLO,

           Defendants.
------------------------------------------------------------x

No. 12 Civ. 630 (PKC) (JCF)

STIPULATION
OF DISMISSAL

Castel, K.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties herein, that this action shall be dismissed with prejudice, all parties to bear their own costs.

DATED: December 11, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-14
```

GIBSON, DUNN & CRUTCHER LLP,

By: _____
Mitchell A. Karlan [MK 4413]
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000

*Attorneys for Plaintiffs*


QUIRK AND BAKALOR, P.C.,

By: _____
Steven A. Lee [SL 6340]
QUIRK AND BAKALOR, P.C.
845 Third Avenue, 15th Floor

New York, New York 10022
Telephone: (212) 319-1000 Ext. 220

*Attorney for Defendant JOSEPH YANNAI*

FRANCIS, J. O'REILLY, ESQ.

By: _____
Francis J. O'Reilly, Esq. [FO 0473]
10 McMahon Place
Mahopac, New York 10541
Telephone: (845) 621-1255

*Attorney for Defendant ELENA FUSILLO*

IT IS SO ORDERED:

Dated: December ___, 2013

1-2-14

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE